IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
MISSOULA DIVISION

| UNITED STATES OF AMERICA, | 9:20-po-5002-KLD |
| --- | --- |
| Plaintiff, | Citation 9587454, 9587455, 9587456 |
| vs. | ORDER TO VACATE AND DISMISS |
| ADAM L. CRUMP, | |
| Defendant. | |

Based upon the United States' motion, and good cause appearing,

IT IS HEREBY ORDERED that the fine in the above-referenced case as to violation 9587454 is set at $10.00 and the special assessment and processing fees are set at $40.00 for a total of $50.00.

IT IS FURTHER ORDERED that violations 9587455 and 9587456 are dismissed. Any outstanding warrants are quashed.

Dated this 14th day of April, 2022.

_____
KATHLEEN L. DESOTO
United States Magistrate Judge

1